Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

EDWARD MURPHY, Respondent, v. JOHN HAGGERTY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Mills and Putnam, JJ.

GEORGE NEWMAN, Appellant, v. BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Thomas, Carr, Stapleton, Mills and Rich, JJ.

LILIAN D. N. PALMER and Others, Respondents, v. FREDERICK W. H. NELSON, Appellant.— The cause of action set out in the complaint is clearly one triable in equity at Special Term. Order affirmed, with ten dollars costs and disbursements. Thomas, Carr, Stapleton, Mills and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL KLEINHOLTZ, Appellant.— Judgment of conviction of the Court of Special Sessions reversed on argument, and new trial ordered. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN LEO, Appellant.— Judgment of conviction of the Court of Special Sessions reversed, and defendant discharged. The triers of fact, by whom the defendant was convicted, were not unanimous in the finding of defendant's guilt. It is the duty of this court to review the facts. We are of opinion that the defendant's guilt was not established beyond a reasonable doubt. Jenks, P. J., Thomas, Carr, Mills and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL H. BAYLIS, Respondent, v. THE BOARD OF SUPERVISORS OF NASSAU COUNTY and Others, Respondents. ELMONT CEMETERY, INC., Intervenor, Appellant.— The action of the board of supervisors under section 62 of the Membership Corporations Law* was not judicial but legislative, and is not subject to review by writ of certiorari. (People ex rel. O'Connor v. Supervisors, 153 N. Y. 370.) Order reversed, with ten dollars costs and disbursements, and motion denied, without costs. Thomas, Carr, Stapleton, Mills and Rich, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM C. A. BROWER, Respondent, v. THE BOARD OF SUPERVISORS OF NASSAU COUNTY and Others, Respondents. ELMONT CEMETERY, INC., Intervenor, Appellant.— The action of the board of supervisors under section 62 of the Membership Corporations Law* was not judicial but legislative, and is not subject to review by writ of certiorari. (People ex rel. O'Connor v. Supervisors, 153 N. Y. 370.) Order reversed, with ten dollars costs and disbursements, and motion denied, without costs. Thomas, Carr, Stapleton, Mills and Rich, JJ., concurred.

CLIFFORD B. REDDEN, Respondent, v. EDISON ELECTRIC ILLUMINATING COMPANY OF BROOKLYN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Stapleton, Mills, Rich and Putnam, JJ.

* See Consol. Laws, chap. 35 (Laws of 1909, chap. 40), § 62, as amd. by Laws of 1911, chap. 706.— [REP.